In the Matter of the Application of MERCANTILE PROPERTIES, INC., for an Order of Certiorari to Review the Determination of the STATE TAX COMMISSION Fixing Certain Taxes on MERCANTILE PROPERTIES, INC., for the Years 1931, 1932 and 1933.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of Proving the Last Will and Testament of JOSEPH F. WOOD, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

BLUME GREENFIELD, Also Known as BECKY GREENFIELD, Appellant, v. (MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY) LOTTIE SCHAFFER, SAM SCHAFFER, ELLA MANDEL and SADIE GREENSTEIN (as Substituted Defendants), Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

ALICE NIELSEN, Respondent, v. FESTINA REALTY COMPANY, INC., and Others, Defendants; LeRoy R. STODDARD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

BOTNICK MOTOR CORP., Respondent, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application and Petition of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK to Acquire Real Estate for and on Behalf of the City of New York, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof and Supplemental Thereto. Delaware Section 6; Parcel 1254 (EZRA and MARIE ESPT, Claimants); Parcel 1273 (LUCY BARTHOL, Claimant).— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 38.] The court hereby certifies that the following question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals: Was it reversible error for the commission to receive and consider evidence as to the market value of the parcel as of October, 1930? Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

BEATRICE LANGE, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan J.J.